[No. 62968-9-I.   Division One.   April 5, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. LINCOLN COLUMBUS BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-11339-4, Deborah D. Fleck, J., entered January 23, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Leach, A.C.J., and Becker, J.

[No. 63199-3-I.   Division One.   April 5, 2010.]

SHEILA M. WIMBERLY, *Appellant*, v. KING COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-04265-2, William L. Downing, J., entered February 11, 2009. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Lau, JJ.

[No. 63232-9-I.   Division One.   April 5, 2010.]

ROBERT OSBORN, *Appellant*, v. MICHAEL GEORGE MATHERN ET AL., *Defendants*, LARRY D. GREENE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-2-09915-0, Eric Z. Lucas, J., entered March 3, 2009. *Affirmed* by unpublished opinion per Leach, J., concurred in by Dwyer, C.J., and Schindler, J.

[No. 63399-6-I.   Division One.   April 5, 2010.]

DOROTHY NARRANCE, *Appellant*, v. BALL METAL BEVERAGE CONTAINER CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-16815-8, Jay V. White, J., entered April 3, 2009. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Grosse and Cox, JJ.